**JS6**

KESLUK, SILVERSTEIN JACOB & MORRISON, P.C.
Attorneys at Law
9255 SUNSET BOULEVARD, SUITE 411
LOS ANGELES, CALIFORNIA 90069-3302
TELEPHONE 310-273-3180 ◆ FAX 310-273-6137

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

STACIA OEMIG

Plaintiff,

v.

IDEXX DISTRIBUTION, INC.

Defendant(s).

Case No. 2:25−cv−07811-RGK-AGR

Hon. R. Gary Klausner, District Judge
Hon. Alicia G. Rosenberg, Magistrate

**ORDER GRANTING STIPULATION TO DISMISS CASE**

[31]

[PROPOSED] ORDER

Based on the foregoing Stipulation of the Parties, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS: The above-titled action is dismissed with prejudice.  All hearings and deadlines are vacated.  The Clerk shall close this action.

IT IS SO ORDERED

DATED:  April 27, 2026          By:  _____

Hon. R. Gary Klausner, District Judge